IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LUIS HUMBERTO PILATUNA GUALOTO, A# 246-941-540, | § | |
| *Petitioner*, | § | |
| VS. | § | CIVIL CASE NO. SA-26-CV-643-FB |
| TODD BLANCHE, Attorney General; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; and DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement, | § | |
| *Respondents*. | § | |

## ***ORDER DISMISSING MOTION TO ALTER OR AMEND AND TRANSFERRING CASE TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA***

Before the Court is the status of the case and the Motion to Alter or Amend (ECF No. 12). Upon review of the Motion, it appears that the relief requested in the motion is not directed to this Court, but seems to be a courtesy copy of a Motion filed by the Petitioner in the District of Minnesota asking the Minnesota Court to vacate its order of January 30, 2026 (ECF Numbers 10 and 11), pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, which transferred this case from the District of Minnesota to the San Antonio Division of the Western District of Texas. As such, IT IS HEREBY ORDERED that the Motion to Alter or Amend (ECF Numbers 10 and 11) is DISMISSED as a pending motion before this Court.

Upon further review of the record in this case, it appears that if the Petitioner ever was detained in Texas, it occurred on or about January 15, 2026 (Response to Petition, ECF No. 5 at page 2 ("On January 15, ICE transferred Petitioner to El Paso, and on January 22, 2026, to South Texas ICE Processing Center.")) and ended no later than February 1, 2026 (Second Affidavit of Kira

Kelley, ECF No. 17 at page 2 (screenshot of the ICE Detainee Locator website showing Petitioner as being detained the Kandiyohi Co. Jail in the state of Minnesota)). Moreover, according to EOIR Automated Case Information, an Immigration Judge granted "voluntary departure" in Petitioner's case on April 6, 2026, for which no appeal was filed. *See* https://acis.eoir.justice.gov/en/caseInformation (last accessed on Sept. 24, 2026). In addition no future hearings in this case are scheduled , and the court address for the proceeding which granted the voluntary departure is Fort Snelling, Minnesota. *Id.* It also appears that Petitioner is no longer in custody based on a search of the U.S. Immigration and Customs Enforcement (ICE) Online Detainee Locator System (ODLS) using Petitioner's A-Number.[1]

Therefore, because there is no evidence showing that Petitioner is confined in any facility located in the San Antonio Division of the Western District of Texas, IT IS HEREBY ORDERED that the case is TRANSFERRED to the United States District Court of Minnesota, which appears to be the last district in which Petitioner was confined, for dismissal of the petition, if warranted.[2]

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that the above styled and numbered cause is TRANSFERRED to the United States District Court for the District of Minnesota.

It is so ORDERED.

SIGNED this 25th day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE

---

1 Https://locator.ice.gov./odls/#/results (last accessed on Sept. 24, 2026).

2 This transfer is out of an abundance of caution in case the ODLS is incorrect and Petitioner remains detained